IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ELMER BILLINGSLEY                                                                                     PLAINTIFF

V.                                    CASE NO. 3:16-cv-0067-JTK

CAROLYN COLVIN, *Acting Commissioner*
Social Security Administration                                                                    DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Defendant, affirming the decision of the Commissioner and dismissing Plaintiff's case with prejudice.

SO ADJUDGED this 13th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE